# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140864

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID MICHAEL MARTIN,
      Defendant-Appellant.

SC: 140864
COA: 295898
Berrien CC: 1987-003009-FC

_____/

      On order of the Court, the application for leave to appeal the February 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

0719

_____
Clerk